# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN MCINTIRE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant. | Case No. 3:24-cv-02129-BTM-MSB<br><br>**ORDER DISMISSING ACTION PURSUANT TO FRCP 41(a)(1)(A)(i)** |

Having fully considered Plaintiff's Notice of Voluntary Dismissal made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (ECF No. 11), the Court hereby dismisses the named Plaintiff's claims with prejudice and dismisses the other potential class claims without prejudice. The Court denies the allocation of fees and costs to each party as that requires the Defendant's consent. The clerk shall close the case.

**IT IS SO ORDERED.**

Dated:  March 28, 2025

_____
Honorable Barry Ted Moskowitz
United States District Judge